Same case below, 613 F.3d 629.

**No. 10-7394. Bernard Andrew White, Petitioner v. Derral G. Adams, Warden.**

562 U.S. 1183, 131 S. Ct. 1003, 178 L. Ed. 2d 835, 2011 U.S. LEXIS 784.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7404. Alexander George Kiss, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.**

562 U.S. 1183, 131 S. Ct. 1037, 178 L. Ed. 2d 835, 2011 U.S. LEXIS 722.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-7410. Alan Lyndell Wade, Petitioner v. Florida.**

562 U.S. 1183, 131 S. Ct. 1004, 178 L. Ed. 2d 835, 2011 U.S. LEXIS 769.

January 18, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 41 So. 3d 857.

**No. 10-7417. Julio Cesar Ortiz, Petitioner v. Rick Thaler, Director,** Texas Department of Criminal Justice, Correctional Institutions Division.

562 U.S. 1183, 131 S. Ct. 1004, 178 L. Ed. 2d 835, 2011 U.S. LEXIS 793.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-7421. P. E., Petitioner v. Utah.**

562 U.S. 1183, 131 S. Ct. 1004, 178 L. Ed. 2d 835, 2011 U.S. LEXIS 838.

January 18, 2011. Petition for writ of certiorari to the Court of Appeals of Utah denied.

**No. 10-7424. Tai Q. Dang, Petitioner v. Mike McDonald, Warden.**

562 U.S. 1183, 131 S. Ct. 1004, 178 L. Ed. 2d 835, 2011 U.S. LEXIS 891.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 391 Fed. Appx. 634.

**No. 10-7426. James Worthem, Petitioner v. Illinois.**

562 U.S. 1183, 131 S. Ct. 1004, 178 L. Ed. 2d 835, 2011 U.S. LEXIS 775.

January 18, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 398 Ill. App. 3d 1106, 370 Ill. Dec. 769, 988 N.E.2d 1125.